UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| CARMEN RENEE DICKERSON | ) | Civil Action No. |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| JAGPAL S. HARJINDER, *ET AL*. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**NOTICE OF REMOVAL**

\*\*\*\*\*

This is Harjinder S. Jagpal[1] and TPT Systems Limited's Notice of Removal of the above-captioned civil action to the United States District Court for the Eastern District of Kentucky at Covington. Pursuant to 28 U.S.C. § 1446, Jagpal and TPT Systems Limited state as follows.

1.   On or about July 30, 2020, plaintiff Carmen Renee Dickerson filed a civil action against Harjinder S. Jagpal and TPT Systems Limited in the Kenton Circuit Court designated therein as Civil Action No.20-CI-1041. A true and complete copy of the plaintiff's complaint is attached as Exhibit 1.  A true and complete copy of Jagpal and TPT Systems Limited's answer is attached as Exhibit 2.

---

[1] Although Mr. Jagpal is listed as "Jagpal S. Harjinder" in the plaintiff's Complaint, his name is Harjinder S. Jagpal.

2. For purposes of 28 U.S.C. §1332, the plaintiff is a natural person who is now, was at the commencement of this action, and has at all relevant times been a citizen of Ohio.

3. For purposes of 28 U.S.C. §1332, defendant Harjinder S. Jagpal is a natural person who is now, was at the commencement of this action, and has at all relevant times been a citizen of the Province of Ontario, Canada. Defendant Harjinder S. Jagpal has not been lawfully admitted for permanent residence in the United States and is not domiciled in Ohio.

4. Defendant TPT Systems Limited is now, was at the commencement of this action, and has at all relevant times been a corporation incorporated by and organized and existing under the laws of the Province of Ontario, Canada. TPT Systems Limited now has, did have at the commencement of this action, and has at all relevant times had, its principal place of business in the Province of Ontario, Canada. Thus, for purposes of 28 U.S.C. §1332, defendant TPT Systems Limited has at all relevant times been a citizen of the Province of Ontario, Canada.

5. As the plaintiff has been an Ohio citizen at all relevant times, and as the two defendants have been citizens of the Province of Ontario, Canada at all relevant times, there is complete diversity of citizenship under 28 U.S.C. §1332.

6. Plaintiff Dickerson pleaded in her complaint that she has incurred over $142,000 in accident-related damages to date. Therefore, this is a civil action where the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs and is between citizens of a state and subjects of a foreign state.

7. This action is one over which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. §1332. This action is removable to

this District Court pursuant to 28 U.S.C. §1441(a). This District and this Division embrace the place where the action has been pending.

8. This Notice of Removal is filed within 30 days after receipt by the defendants of the summons and complaint. Thus, this Notice of Removal is timely.

9. Written notice of the filing of this Notice of Removal will promptly be given to all adverse parties and a copy of this Notice of Removal will promptly be filed with the Clerk of the Kenton Circuit Court.

10. This Notice of Removal is signed by the attorney of record for defendants Jagpal and TPT Systems Limited pursuant to Rule 11 of the Federal Rules of Civil Procedure.

BOEHL STOPHER & GRAVES, LLP

/s/ Robert E. Stopher
Robert E. Stopher
Robert D. Bobrow
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
COUNSEL FOR DEFENDANTS,
HARJINDER S. JAGPAL AND TPT
SYSTEMS LIMITED

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2020 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send an electronic copy to the following:

Michael P. Cussen
MCCASLIN, IMBUS & MCCASLIN
600 Vine Street, Suite 800
Cincinnati, OH 45202

/s/ Robert E. Stopher
Robert E. Stopher
COUNSEL FOR DEFENDANTS,
HARJINDER S. JAGPAL AND TPT
SYSTEMS LIMITED