

FILED
KENTON CIRCUIT/DISTRICT COURT
JUL 30 2020
BY JOHN C. MIDDLETON D.C.

IN THE COMMONWEALTH OF KENTUCKY
KENTON CIRCUIT COURT
DIVISION 4

| | | |
|---|---|---|
| CARMEN RENEE DICKERSON<br>122 S. Wayne Ave.<br>Cincinnati, OH 45215 | : | Case No.: 20-CI-1041 |
| | : | Judge Summe |
| Plaintiff, | : | **COMPLAINT** |
| vs. | : | |
| JAGPAL S. HARJINDER<br>29 Covebank Cres<br>Brampton, Ontario L6P 2Y1 | : | |
| | : | |
| And | : | |
| TPT SYSTEMS LIMITED<br>8600 Escarpment Way<br>Milton, Ontario L9T 0M1 | : | |
| | : | |
| Defendants. | : | |

Plaintiff, by and through counsel, and for her Complaint against defendants states as follows:

### FIRST CAUSE OF ACTION

1. Upon information and belief, Plaintiff Carmen Renee Dickerson (hereinafter "Dickerson") is a resident of Cincinnati, Hamilton County, Ohio.

2. Upon information and belief, Defendant Jagpal S. Harjinder (hereinafter "Harjinder") is a resident of Brampton, Ontario, Canada.

**EXHIBIT 1**

3. Upon information and belief, Defendant TPT Systems Limited (hereinafter "TPT") is a transport company based in Milton, Ontario, Canada and doing business in the United States under USDOT number 567829.

4. Upon information and belief, at all times mentioned herein, Defendant Harjinder was an employee and/or agent and/or servant of Defendant TPT acting within the scope of his employment and/or agency.

5. On or about August 8, 2018, in Covington, Kenton County, Kentucky, Defendant Harjinder negligently lost control of the tractor trailer he was driving, striking the vehicle driven by Dickerson. This impact pushed Dickerson's vehicle into the median wall. Defendant Harjinder's vehicle continued left and struck the median as well, causing huge chunks of concrete to cascade across the highway. At the time of the accident, Defendant Harjinder was acting in his capacity as an employee and/or agent and/or servant of Defendant TPT.

6. On or about October 22, 2018, PIP was paid and exhausted.

7. As a direct and proximate result of the negligence of defendant, Harjinder, plaintiff, Dickerson incurred medical expenses of $72,704.64 and such medical expenses are continuing in nature.

8. As a direct and proximate result of the negligence of defendant, Harjinder, plaintiff, Dickerson, suffered physical pain from the accident and such suffering may continue into the future.

9. As a direct and proximate result of the negligence of defendant, Harjinder, plaintiff, Dickerson, has undergone significant changes in her day-to-day life and such changes may continue into the future and/or be permanent.

**EXHIBIT 1**

10. As a direct and proximate result of the negligence of defendant, Harjinder, plaintiff, Dickerson, was diagnosed with tenderness to palpation throughout the midline cervical spine and along the upper aspect of the midline lumbar spine, chronic mild anterior wedging of the L2 vertebra, multilevel discogenic and degenerative disease most advanced at L5-S1, severe disc space narrowing, dis bulge, disc protrusion, disc space narrowing, facet arthropathy, bony foraminal narrowing, endplate compression fracture of the L2 vertebra, whiplash injury to neck, pain in joint of right shoulder, pain of right hip joint, right elbow pain, tear of right acetabular labrum, tear of right glenoid labrum, and other injuries.

11. As a direct and proximate result of the negligence of defendant, Harjinder, plaintiff, Dickerson, has lost wages and will continue to lose wages into the future in an amount in excess of $70,000.00.

## SECOND CAUSE OF ACTION

12. Plaintiff restates and reiterates paragraphs 1-12 as if fully rewritten herein.
13. At the time of the accident, Defendant Harjinder was acting within the scope of his employment with Defendant TPT.
14. Under the doctrine of respondeat superior, Defendant TPT is liable for the actions of their employee/agent Defendant Harjinder as he was working in the scope of his employment.

WHEREFORE, plaintiff, Dickerson, demands judgment against defendants, Harjinder and TPT, in an amount in excess of this court's jurisdiction, her costs, interest, and any other relief to which she may be entitled.

**EXHIBIT 1**

Respectfully submitted,

_/s/ Michael P. Cussen_
Michael P. Cussen     (89263)
McCaslin, Imbus & McCaslin
600 Vine Street, Suite 800
Cincinnati, OH  45202
Phone: 513-421-4646
Fax: 513-421-7929
e-mail:  mpcussen@mimlaw.com
*Attorney for Plaintiff*

### INSTRUCTIONS TO CLERK

Please serve the defendant, Jagpal S. Harjinder and TPT Systems Limited, via Certified Mail, Return Receipt Requested, at the address listed in the caption of the Complaint.

_/s/ Michael P. Cussen_
Michael P. Cussen     (89263)
McCaslin, Imbus & McCaslin
600 Vine Street, Suite 800
Cincinnati, OH  45202
Phone: 513-421-4646
Fax: 513-421-7929
e-mail:  mpcussen@mimlaw.com
*Attorney for Plaintiff*

SMB:kmh
ID:Q:\Docs\PJSMITH\180808 Dickerson, Carmen\Complaint.docx

**EXHIBIT 1**